UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

FRANKLIN PUGO,

                    Defendant.
-------------------------------------------------------------x

**MEMORANDUM**

19 Cr. 422 (NSR)

TO: <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the June 11, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: July 16, 2019
       White Plains, New York

                                         Respectfully Submitted,

                                         */s/ Judith C. McCarthy*
                                         JUDITH C. McCARTHY
                                         United States Magistrate Judge