UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

                                                          19-CR-422-001 (NSR)

- against -

                                                          ORDER

FRANKLIN PUGO,

    Defendant

------------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Kelly Bunt, LCSW, in the amount of $2,500.00, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: ~~New York~~ White Plains, New York

December 3, 2019

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

